# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA;    :    No. 426 MAL 2020
BRANCH TOWNSHIP,    :

         Respondent    :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

       v.    :

ROBERT J. JONES,    :

         Petitioner    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.